THE WEIDMANN SILK DYEING COMPANY, PLAINTIFF-
    RESPONDENT, v. THE EAST JERSEY WATER COM-
    PANY ET AL., DEFENDANTS-APPELLANTS.

THE WEIDMANN SILK DYEING COMPANY, PLAINTIFF-
    RESPONDENT, v. THE MAYOR AND ALDERMEN OF
    THE CITY OF JERSEY CITY, DEFENDANTS-APPEL-
    LANTS.

THE WEIDMANN SILK DYEING COMPANY, PLAINTIFF-
    RESPONDENT, v. THE MAYOR AND COMMON COUNCIL
    OF THE CITY OF NEWARK, DEFENDANTS-APPEL-
    LANTS.

Submitted July 6, 1915—Decided November 15, 1915.

On appeal from the Supreme Court.

For the appellee, *Griggs & Harding.*

For the respondents, *Collins & Corbin, John B. Humphreys,
Michael Dunn* and *Harry Kalisch.*

PER CURIAM.

Several suits were brought by the plaintiff, one against the
East Jersey Water Company, the Montclair Water Company
and Acquackanonk Water Company, in which a judgment was
recovered by plaintiff for $8,780.87; one against the mayor
and aldermen of Jersey City, in which plaintiff recovered a
judgment for $15,425.52, and another against the mayor and
common council of the city of Newark, in which plaintiff re-
covered a judgment for $5,602.96, and in each case the de-
fendants have appealed. These three actions were tried to-
gether before the same jury, and are submitted to this court
in like manner upon the same exceptions. The defendants
requested the court to instruct the jury on the question of
damages, under the same state of facts as in the case of Auger

& Simon Silk Dyeing Co. *v.* East Jersey Water Co. and Jersey City Water Supply Co., decided at this term, and the views expressed in the opinion read for this court in those cases are applicable here. We there held the refusal to be erroneous, and for the reasons given for reversal in those cases, the judgment in favor of the plaintiff in each of the above cases will be reversed and a new trial awarded. While other phases of these cases have been presented to and considered by the Supreme Court (*vide Weidman Silk Dyeing Co. v. Newark*, 83 *N. J. L.* 50; 84 *Atl. Rep.* 273; *Same Case*, 91 *Id.* 335; *Weidman Silk Dyeing Co. v. Jersey City Water Supply Co.* and *East Jersey Water Co.*, *Id.* 337, 338), the question now considered and decided by this court was not brought to the attention of the Supreme Court and was not passed upon by it in either of the cases cited.

*For affirmance*—GARRISON, TRENCHARD, BLACK, WHITE, TERHUNE, JJ. 5.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, PARKER, BERGEN, MINTURN, KALISCH, VREDENBURGH, HEPPENHEIMER, TAYLOR, JJ. 10.